UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARY GREENLAW,<br><br>  Plaintiff,<br><br>v.<br><br>LORI CHAVEZ-DeREMER,<br><br>  Defendant. | Case No. 18-cv-04932-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 216 |

The parties advise that they have agreed to settle this matter.  Dkt. No. 216.  Except as set out below, the Court stays all proceedings and vacates the May 20, 2025, 10:00 a.m. hearing on the parties' post-trial briefing.

On or before **August 14, 2025**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.  If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California on **August 19, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  In advance of the show cause hearing, the parties shall file a statement no later than **August 15, 2025** advising as to (1) the status of the parties' efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal.  The parties' status report shall not disclose the substance of any settlement discussions.  If a dismissal is filed as ordered, the show cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: May 16, 2025

Virginia K. DeMarchi
United States Magistrate Judge